UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:09-cv-01483-RWS |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that the complaint in the above-captioned action be dismissed without prejudice.  Each party agrees to bear their respective costs, including any attorneys' fees or other expenses of this litigation.

Respectfully submitted:

Date: August 12, 2010

/s/ Hilarie Snyder
Hilarie Snyder
United States Department of Justice
Ben Franklin Station
P.O. Box 7238
Washington, DC 20044
T: 202-307-2708; F: 202-514-6770
hilarie.e.snyder@usdoj.gov

*Attorney for United States*

/s/:   Winthrop B. Reed, III
Winthrop B. Reed , III (#42840)
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7600

*Attorneys for Saint Louis University*

5806729.1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 12th day of August, 2010, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon counsel of record.


               /s/ Hilarie Snyder

5806729.1